JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZILYA MUKHARLYAMOVA, an individual,<br><br>                Plaintiff,<br><br>  v.<br><br>VAN CLEEF & ARPELS, INC., a foreign corporation; RICHEMONT NORTH AMERICA, INC. d/b/a VAN CLEEF & ARPELS, a foreign corporation; FAYCAL RAFIQ, an individual; and DOES 1 through 20, inclusive,<br><br>                Defendant. | Case No:   2:22-cv-04264- RGK-KS<br><br>**ORDER RE: DISMISSAL**<br><br>Complaint Filed:   May 20, 2022<br>Trial Date:             July 25, 2023 |

      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action be dismissed <u>with prejudice</u> as to all claims, causes of actions, and parties, with each party bearing that party's own attorneys' fees and costs.

      **IT IS SO ORDERED.**

Dated: 8/17/2023

                                              */s/ Gary Klausner*<br>
                                       Honorable R. Gary Klausner<br>
                                         U.S. District Judge